Ronald LUBER, Plaintiff–Appellant,

v.

ANNE ARUNDEL COUNTY, MARY-
LAND; Laura A. Newman, County
Executive, In Her Official Capacity,
Defendants–Appellees.

No. 14–1099.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 2, 2014.

Ronald Luber, Appellant Pro Se.

Before SHEDD, WYNN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ronald Luber appeals a district court
order dismissing his civil rights complaint
under 28 U.S.C. § 1915(e)(2) (2012) for
failing to state a claim. We have reviewed
the court's memorandum and the record

and affirm for the reasons stated by the court. *See Luber v. Anne Arundel Cnty., Md.,* No. 1:14–cv–00001–JKB (D. Md. entered Jan. 13, 2014, filed Jan. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*